AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

RENTHLIS EARL CRENSHAW
4826 MANNINGHAM ROAD
GREENVILLE, AL

**WARRANT FOR ARREST**

CASE NUMBER  2:05CR120-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST __RENTHLIS EARL CRENSHAW aka RICKY CRENSHAW__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition
☐ Superseding Indictment

charging him or her     (brief description of offense)

Felon in possession of Firearm

in violation of ___18___ United States Code, ___922(g)(1)___

DEBRA P. HACKETT                              CLERK
Name of Issuing Officer                       Title of Issuing Officer

_(signature)_                                 May 26, 2005- Montgomery, AL
Signature of Issuing Officer - Deputy Clerk   Date and Location

Bail fixed at  to be set at initial appearance   by  U.S. MAGISTRATE JUDGE
                                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |