IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-120-F |
| | ) | |
| RENTHLIS EARL CRENSHAW, a/k/a | ) | |
| RICKY CRENSHAW | ) | |
| | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the *Government's Motion for Detention Hearing* (Doc. 6, filed August 26, 2005) is GRANTED only to the extent of its request for a detention hearing, which is hereby set at 4:30 p.m. on Monday, August 29, 2005, in District Courtroom 4A, Frank M. Johnson, Jr. Federal Courthouse Complex. Pending the hearing, the defendant shall be held in the custody of the U.S. Marshal and produced for the hearing.

.

Done this 29th day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE