IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr120-F |
| | ) | |
| RENTHLIS EARL CRENSHAW | ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Renthlis Crenshaw__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_8/29/05_  _Renthlis Crenshaw_
DATE         DEFENDANT

_8/25/05_  _[signature]_
DATE         ATTORNEY FOR DEFENDANT