**COURTROOM DEPUTY'S MINUTES**     DATE: 8-29-2005
**MIDDLE DISTRICT OF ALABAMA**

☐ INITIAL APPEARANCE
☑ BOND HEARING     3:58 - 4:11 pm [bond]
☐ DETENTION HEARING     Digital Recording 4:12 - 4:16 pm [arr]
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☑ ARRAIGNMENT

PRESIDING MAG. JUDGE: DRB     DEPUTY CLERK: sql
CASE NO.: 2"05cr120-F     DEFT. NAME: Renthlis Earl CRENSHAW
AUSA: Brown     DEFT. ATTY: Illman
Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (**CDO**)
PTSO: Thweatt
USPO: 
Defendant ____ does ✓ does NOT need an interpreter
Interpreter present ✓ NO ____ YES  Name: ____

☐ Date of Arrest ____ or ☐ Arrest Rule 40
☐ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained ____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
    ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐held; ☐ set for ____ at ____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $ ____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
✓ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☑ ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐Set for ____
    DISCOVERY DISCLOSURE DATE: 8-26-05
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for ____
☐ Waiver of Speedy Trial Act Rights executed