IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-120-F |
| | ) | |
| RENTHLIS EARL CRENSHAW, a/k/a | ) | |
| RICKY CRENSHAW | ) | |
| | ) | |

**ORDER ON MOTION**

At the scheduled detention hearing, the United States withdrew its motion for the defendant's detention after consideration of the pretrial services officer's supplemental report regarding a suitable residence for his supervision under electronic monitoring. Accordingly, pursuant to the bond and conditions of release imposed, it is

**ORDERED** that the *Government's Motion for Detention Hearing* (Doc. 6, filed August 26, 2005), be terminated as "withdrawn" to the extent of its request for the defendant's detention.

Done this 30th day of August, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE