IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr120-F |
| | ) | |
| RENTHLIS EARL CRENSHAW | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, Renthlis Earl Crenshaw, in the above-styled case.

Dated this 1st day of September 2005.

                                                          Respectfully submitted,

                                                          s/Jennifer A. Hart
                                                          **JENNIFER A. HART**
                                                          FEDERAL DEFENDERS
                                                          MIDDLE DISTRICT OF ALABAMA
                                                          201 Monroe Street, Suite 407
                                                          Montgomery, AL 36104
                                                          Phone: (334) 834-2099
                                                          Fax: (334) 834-0353
                                                          jennifer_hart@fd.org
                                                          AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd Brown, Assistant United States Attorney.

                Respectfully submitted,

                s/Jennifer A. Hart
                **JENNIFER A. HART**
                FEDERAL DEFENDERS
                MIDDLE DISTRICT OF ALABAMA
                201 Monroe Street, Suite 407
                Montgomery, AL 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                jennifer_hart@fd.org
                AL Bar Code: HAR189