# United States District Court

for

Middle District of Alabama

**RECEIVED**
2005 SEP 26 P 4: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Renthlis Earl Crenshaw                              Case Number: 2:05CR120-F

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: August 29, 2005

Original Offense: Convicted Felon in Possession of a Firearm

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Refrain from excessive use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia, Maintain residence at 311 Hillside Drive, Greenville, AL, Shall not operate any motorized vehicle until he has produced a valid driver's license to his supervising officer

Assistant U.S. Attorney: Todd Brown                                     Defense Attorney: Jennifer Hart

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7 (t): "You are restricted to your residence at all times except for employment; education; religious services; or other activities as approved by pretrial services." | Crenshaw left his residence at 311 Hillside Drive, Greenville, AL without permission on September 16, 2005.<br><br>On September 16, 2005, after receiving notice of irregular leave/return notices to the defendant's residence, this officer contacted Crenshaw at his residence, by telephone, and questioned the defendant about the irregular notices. Crenshaw reported that his cousin " Kenny " transported him to his mother's residence to assist her off the floor. When asked why he did not follow this officer's instructions regarding emergencies and why there was a five hour delay returning to his residence, Crenshaw did not have a response. He was instructed to remain at his residence until further notice. |
| Viol. 2: "The defendant shall refrain from any unlawful use of a controlled substance | On September 19, 2005, Crenshaw reported to the U.S. Probation Office as directed. Crenshaw submitted a urine specimen which produced positive results for cocaine. Crenshaw was confronted with the results two hand-held test and he denied any illegal drug use. Confirmation of the positive hand-held test was received on September 23, 2005. |

<u>Supervision history of defendant and actions taken by officer:</u> Barring the instant violations, Crenshaw has posed no problems to this officer.

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be:
[X]  revoked.
[ ]  No action.
[ ]  The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by *[signature]*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: September 26, 2005

Reviewed and approved: *[signature]*
Supervisory U.S. Probation Officer

===

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____
Date