# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
☑ Northern   ☐ Southern   ☐ Eastern

HON. Delores Boyd   AT Montgomery, Alabama

DATE COMMENCED 10-18-2005 @ 11:45 ☑ a.m. ☐ p.m

DATE COMPLETED 10-18-2005 @ 11:56 ☑ a.m. ☐ p.m

CASE NO. 2:05cr120-F

UNITED STATES OF AMERICA     RENTHLIS EARL CRENSHAW

VS.

Plaintiff(s)     Defendant(s)

### APPEARANCES

Plaintiff(s)/Government: ~~Todd Brown~~ Morris

Defendant(s): ~~Jennifer Hart~~ Butler

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr: ___
Law Clerk: ___
Interpreter: ___
USPO/USPTS: ___
Other: ___

✓ Rvrs 10-18-05

### PROCEEDINGS:

- ☐ Motion Hearing: ___
- ☐ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☑ Other: IA on pre-trial release revocation petition
- ☐ Oral Argument
- ☐ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing

☐ **Pretrial Conference**
Pending Motions: ___
Discovery Status ___   Plea Status ___
Trial Status/Length ___   Trial Term: ___

✓ Gov't. Oral M/Dismiss Pet.
✓ Oral Oral granting motion