IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 2:05-cr-120-F |
| ) | |
| RENTHLIS EARL CRENSHAW, a/k/a ) | |
| RICKY CRENSHAW ) | |
| ) | |

## ORDER ON MOTION

Following the defendant's initial appearance on the *Petition for Revocation of Pretrial Release Supervision* (Docs. 18 and 19) underlying his arrest this morning, the United States moved orally to dismiss the Petition without prejudice. Upon consideration of the probation officer's concurrence, representations by the defendant's employer in open court, the defendant and his counsel (Assistant Federal Defender Kevin Butler, for Assistant Federal Defender Jennifer Hart), the court finds good cause for the *Motion*. Accordingly, it is

**ORDERED** that the *oral motion of the United States to dismiss the revocation petition* is hereby **GRANTED,** and Clerk is directed to terminate the *Petition*, docketed as a Motion, as withdrawn with leave to re-file if circumstances hereafter warrant.

Done this 18th day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE