IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-120-F |
| | ) | |
| RENTHLIS EARL CRENSHAW, a/k/a | ) | |
| RICKY CRENSHAW | ) | |

## **ORDER**

For good cause, it is

**ORDERED** that the pretrial conference set at 11:00 a.m. on November 14, 2005, (Doc. 16, filed August 30, 2005), is hereby re-set to **10:00 a.m. on November 16, 2005.** All other provisions of the Order (Doc. 16), remain in full force and effect.

Done this 3rd day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE