# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern   ☐ Southern   ☐ Eastern

HON. Delores Boyd    AT Montgomery, Alabama

DATE COMMENCED: 11-16-2005 @ 10:17 ☑ a.m. ☐ p.m.

DATE COMPLETED: 11-16-2005 @ 10:18 ☑ a.m. ☐ p.m.

CASE NO. 2:05cr120-F

UNITED STATES OF AMERICA   VS.   RENTHLIS EARL CRENSHAW
*Plaintiff(s)*                    *Defendant(s)*

## APPEARANCES

**Plaintiff(s)/Government:** Todd Brown

**Defendant(s):** ~~Jennifer Hart~~ Smith

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr: ___
Law Clerk: ___
Interpreter: ___
USPO/USPTS: ___
Other: ___

## PROCEEDINGS:

- ☐ Motion Hearing
- ☐ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☐ Other
- ☐ Oral Argument
- ☐ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing
- ☑ Pretrial Conference

Pending Motions: None
Discovery Status: Complete
Plea Status: ___
Trial Status/Length: 1 Day
Trial Term: Prob