IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-120-F |
| | ) | |
| RENTHLIS EARL CRENSHAW, a/k/a | ) | |
| RICKY CRENSHAW | ) | |
| | ) | |

### PRETRIAL CONFERENCE ORDER

Appearing at the initial pretrial conference on November 16, 2005, before the undersigned Magistrate Judge, were Assistant Federal Defender Leslie Smith, standing in for Assistant Federal Defender Jennifer Hart, defense counsel, and Assistant United States Attorney Todd Brown, government counsel. After due consideration of representations of counsel and other relevant matters, it is **ORDERED** as follows:

1. **Jury selection** is set for **February 13, 2006.** The trial of this case is set for the **trial term commencing on February 13, 2006**, before Chief United States District Judge Mark E. Fuller and is expected to last one trial day.

2. There are no motions currently pending.

3. Proposed **voir dire questions** shall be filed on or before **February 6, 2006.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All **motions in limine** shall be filed on or before **February 6, 2006.** Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. **Proposed jury instructions** shall be filed on or before **February 6, 2006**.

6. The last day on which the court will entertain a **plea pursuant to Rule 11(c)(1)(A) or (C)** plea is **February 6, 2006**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on February 13, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on February 13, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 16th day of November, 2005.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE