PS 12C
(8/03)

# United States District Court

for

## Middle District of Alabama

**RECEIVED**
2005 DEC 28 A 8: 26

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Defendant: Renthlis Earl Crenshaw          Case Number: 2:05CR120-F

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: August 29, 2005

Original Offense: Convicted Felon in Possession of a Firearm

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Refrain from excessive use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia, Maintain residence at 311 Hillside Drive, Greenville, AL, Shall not operate any motorized vehicle until he has produced a valid driver's license to his supervising officer

Assistant U.S. Attorney: Todd Brown                    Defense Attorney: Jennifer Hart

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7 (t): "You are restricted to your residence at all times except for employment; education; religious services; or other activities as approved by pretrial services." | Crenshaw left his residence at 311 Hillside Drive, Greenville, AL without permission on September 16, 2005.<br><br>On December 25, 2005, after receiving notice of irregular leave/return notices to the defendant's residence, this officer contacted Crenshaw at his residence, by telephone, and questioned the defendant about the irregular notices. Crenshaw reported that he had left the residence to visit family and friends in the Greenville area. When asked why he would leave out of range after being told repeatedly not to violate his conditions of release, Crenshaw stated that he knew he did not have permission to leave the residence. |
| Condition 7 (t): "...abide by all the requirements of home confinement program which will include electronic monitoring or other location verification system. | On December 26, 2005, this officer was notified by BI Monitoring, via pager, that Crenshaw had disrupted the function of the transmitter by tampering with the transmitter/strap. |

| | |
|---|---|
| Condition 7 (t): "You are restricted to your residence at all times except for employment; education; religious services; or other activities as approved by pretrial services." | Crenshaw left his residence at 311 Hillside Drive, Greenville, AL without permission on December 26, 2005.<br><br>On December 26, 2005, after receiving notice of irregular leave/return notices to the defendant's residence, this officer contacted Crenshaw's residence, by telephone, and questioned the defendant's girlfriend, Zella Wilson, about Crenshaw's whereabouts. Ms. Wilson reported that he had left the residence and did not know his whereabouts. To this date, this officer is unaware of the defendant's whereabouts. |

<u>Supervision history of defendant and actions taken by officer:</u> Barring the instant violations, this officer has reprimanded the defendant previously in response to his returning to his residence after a scheduled return time.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.
[ ]   No action.
[ ]   The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by  *[signature]*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: September 26, 2005

Reviewed and approved: *[signature]*
Supervisory U.S. Probation Officer

===

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date