**COURTROOM DEPUTY MINUTES**  DATE: 1-26-2006
**MIDDLE DISTRICT OF ALABAMA**
DIGITAL RECORDING: 4:01 ~ 4:11 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sq1
CASE NO.: 2:05cr120-MEF    DEFT. NAME: RENTHLIS EARL CRENSHAW
USA: ~~Morris~~ Cooke    ATTY: Hart
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Ross

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES NAME: _____

| | |
|---|---|
| ☑kars. | Date of Arrest 1-26-06 or ☐ karsr40 |
| ☑kia. | Deft. First Appearance. Advised of rights/charges. ☑ Pro/Sup Rel Violator |
| ☐kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ |
| ☐kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered |
| ☐kodtn. | ORDER OF DETENTION PENDING TRIAL entered |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐kbnd. | ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) |
| | ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☑kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☑ | Court finds **PROBABLE CAUSE.** ~~Defendant bound over to the Grand Jury.~~ |
| ☐karr. | ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. |
| | ☐Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ |
| | DISCOVERY DISCLOSURES DATE: _____ |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** |