IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-00120-LSC |
| | ) | |
| RENTHLIS EARL CRENSHAW, a/k/a | ) | |
| RICKY CRENSHAW | ) | |
| | ) | |

### ORDER ON MOTION

At the defendant's initial appearance this day following his arrest on a warrant issued on the *Petition for Revocation of Pretrial Release Supervision* filed December 28, 2006 (Docs. 27, 28 and 29), after being duly advised of his rights, the defendant, appearing with and acting on advice of counsel, Assistant Federal Defender Jennifer Hart, admitted to all of the violations asserted and consented to revocation of his pre-trial release supervision. Counsel reported ongoing plea negotiations to resolve the indicted offense set for trial on the term commencing February 13, 2006. Accordingly, based on the defendant's admissions, the court finds that the defendant has violated the conditions alleged and further finds that his pretrial release supervision should be revoked as recommended. It is, therefore,

**ORDERED** that the *Petition*, construed as a ***Motion*, for Revocation of Pretrial Release Supervision is GRANTED**, and defendant Renthlis Earl Crenshaw is hereby remanded to the custody of the United States Marshal pending further proceedings.

Done this 27th day of January, 2006.

>                **/s/ Delores R. Boyd**
>                DELORES R. BOYD
>                UNITED STATES MAGISTRATE JUDGE