COURTROOM DEPUTY'S MINUTES          DATE: 2-3-2006
MIDDLE DISTRICT OF ALABAMA          DIGITAL RECORDING: 3:03-3:25 pm
                                    COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT            ☒ CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NUMBER: 2:05CR120-LSC         DEFENDANT NAME: RENTHLIS EARL CRENSHAW
AUSA: Brown                        DEFENDANT ATTORNEY: Jennifer Hart
                                   Type counsel ( )Waived; ( )Retained; ( )CJA; (☒)FPD
                                   ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO:
Interpreter present? (☒)NO; ( )YES    Name:

---

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:    ☐ Not Guilty
         ☒ Guilty as to:
              ☒ Count(s): 1
              ☐ Count(s): _____         ☐ dismissed on oral motion of USA
                                          ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts   1  .
☐ CRIMINAL TERM:              ☐ WAIVER OF SPEEDY TRIAL filed.
              DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
              ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U.S. Marshal for:
              ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
              ☐ Defendant requests time to secure new counsel