IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR-120-LSC |
| | ) | [18 USC 922(g)(1)] |
| RENTHLIS EARL CRENSHAW, a/k/a | ) | |
| RICKY CRENSHAW | ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

On or about October 19, 2004, in Butler County, within the Middle District of Alabama, the defendant,

RENTHLIS EARL CRENSHAW, a/k/a
RICKY CRENSHAW,

having been convicted on or about May 2, 1997, of a felony, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, namely, Receiving Stolen Property, Second Degree (CC # 97-0020) in the Circuit Court of Butler County, did knowingly possess in and affecting commerce a firearm, namely, an Iver Johnson, Model Champion, 12 gauge shotgun, Serial Number 75038A, a better description of which is unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

an Iver Johnson, Model Champion, 12 gauge shotgun, Serial Number 75038A,

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above, all in violation of Title 18, United States Code, Section 922.

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Todd A. Brown
Assistant United States Attorney

2