IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr120-LSC |
| | ) | |
| RENTHLIS EARL CRENSHAW | ) | |

MOTION TO RESCIND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and moves this Court to rescind the Preliminary Order of Forfeiture stating as follows:

1. This Honorable Court entered a Preliminary Order of Forfeiture on February 8, 2006, forfeiting defendant's interest in the subject firearm to the United States.

2. Upon evaluation, the United States has discovered that the firearm named in the indictment was incorrectly identified as a New England (Waymond Williams), model Pardner, 12 gauge shotgun, bearing serial number NF364340. The firearm actually seized from defendant was an Iver Johnson, Model Champion, 12 gauge shotgun, bearing serial number 75038A.

3. The United States submits that the Preliminary Order of Forfeiture should be rescinded and declared void *ab initio*.

4. A proposed Order is attached.

Respectfully submitted this 23rd day of May, 2006.

> FOR THE UNITED STATES ATTORNEY
> LEURA G. CANARY
>
>
> /s/John T. Harmon
> John T. Harmon
> Assistant United States Attorney
> Bar Number: 7068-II58J
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square, Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> Telephone:(334) 223-7280
> Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, I electronically filed the foregoing Motion to Rescind Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Todd A. Brown** and **Jennifer A. Hart**.

> /s/John T. Harmon
> John T. Harmon
> Assistant United States Attorney
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square, Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> Telephone:(334) 223-7280
> Facsimile:(334) 223-7560
> E-mail: John.Harmon@usdoj.gov
> Bar Number: 7068-II58J