IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
            v.                  )    CR. NO. 2:05cr120-LSC
                                )
RENTHLIS EARL CRENSHAW          )

O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED.  It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted and the Preliminary Order of Forfeiture entered February 8, 2006 is hereby rescinded and declared void *ab initio*.

DONE this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE