AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

RENTHLIS EARL CRENSHAW

## NOTICE

CASE NUMBER: 2:05-cr-00120-LSC

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Frank M. Johnson United States Courthouse Complex  One Church Street, Montgomery, Alabama | Courtroom 4A |
| | DATE AND TIME |
| | May 24, 2006, 11:30 a.m. |

TYPE OF PROCEEDING

CONSENT PLEA before Judge Delores Boyd on Felony Information filed May 22, 2006.

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex  One Church Street  Montgomery, AL 36104 | | |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 23, 2006
DATE

*(signature)*
(BY) DEPUTY CLERK