UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-120-LSC |
| | ) | |
| RENTHLIS EARL CRENSHAW | ) | |

### ORDER FOR RULE 11 HEARING

Pursuant to oral notice of the defendant's intent to enter a plea to an *Information*, pursuant to a plea agreement and his waiver of indictment, it is

**ORDERED** that this case be set for a hearing, pursuant to Rule 11, Federal Rules of Criminal Procedures, on **Wednesday, May 24, 2006 at 11:30 a.m.**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 23rd day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE