IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:05cr120-LSC |
| ) | |
| RENTHLIS EARL CRENSHAW ) | |

O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED. It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted and the Preliminary Order of Forfeiture entered February 8, 2006 is hereby rescinded and declared void *ab initio*.

Done this 23rd day of May 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019