# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

RENTHLIS EARL CRENSHAW

WAIVER OF INDICTMENT

CASE NUMBER: 2:05cr120-LSC-DRB

I, __RENTHLIS EARL CRENSHAW__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC 922(g)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 24, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer