MIDDLE DISTRICT OF ALABAMA            COURT REPORTER: Mitchell Reisner

❑ ARRAIGNMENT        ❑ CHANGE OF PLEA        x CONSENT PLEA

❑ RULE 44(c) HEARING        ❑ SENTENCING

---

**PRESIDING MAG. JUDGE:** *DELORES R. BOYD*    **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:05cr120-LSC*    **DEFENDANT NAME:** *Renthlis Earl Crenshaw*
**AUSA:** *Kent Brunson*    **DEFENDANT ATTY:** *Jennifer Anne Hart*
Type Counsel:    ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO
**USPO:** _____
Defendant _____ does ___x___ does NOT need and interpreter.
Interpreter present?  _x_ NO  ____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

**X**— WAIVER OF INDICTMENT executed and filed.

X— FELONY INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❑ Not Guilty            ❑ Nol Contendere
   ❑ Not Guilty by reason of insanity
   xGuilty as to:
      XCount(s) __1__ of the Felony Information.
      ❑ Count(s) _____    ❑ dismissed on oral motion of USA;
                ❑ to be dismissed at sentencing

**X** — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1 of Felony Information**

X— Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement. ❑ **ORDERED SEALED.** ❑ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❑ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❑ same bond ; ❑ Released on Bond & Conditions of Release
   ❑ summons; for:
❑ Trial on _____; ❑ Sentencing on _____  ❑ _____ Bond  ❑ to be set by Separate Order

X— **ORDER:** Defendant remanded to custody of U.S. Marshal for:
   ❑ Posting a $_____ Bond;
   ❑ Trial on _____; or  X  Sentencing on **5/24/06**   ❑ set by separate Order.

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed. ❑ Detention requests time to secure new counsel.