IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr120-LSC |
| | ) | |
| RENTHLIS EARL CRENSHAW | ) | |

ORDER

Upon consideration of the Government's Motion to Dismiss the Indictment and Plea Agreement as to Renthlis Earl Crenshaw filed on May 22, 2006 (doc. 40), heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this 26th day of May 2006.

/s/ L. Scott Coogler
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019