United States District Court

for

Middle District of Alabama

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Renthlis Earl Crenshaw                Case Number: 2:05CR120-LSC

Name of Sentencing Judicial Officer:  Honorable L. Scott Coogler, U.S. District Judge

Date of Original Sentence: May 24, 2006

Original Offense:  18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm

Original Sentence: 4 months custody of the Federal Bureau of Prisons to be followed by a 2 year term of supervised release.

Type of Supervision: Supervised Release        Date Supervision Commenced: May 26, 2006

Assistant U.S. Attorney: Todd A. Brown        Defense Attorney: Jennifer A. Hart

**PETITIONING THE COURT**

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1. "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month" | On May 26, 2006, Renthlis Crenshaw was released from the custody of the Bureau of Prisons. Mr. Crenshaw has failed to report to the probation officer and has failed to provide a written report during his supervision. |
| Viol. No. 2. " The defendant shall notify the probation officer at least ten days prior to any change in residence or employment" | On June 6, 2006, Crenshaw began residing at 54 Cypress Road, Greenville, AL, with an individual named Manuel. Manuel was contacted and verified Crenshaw's residential status. On August 29, 2006, contact was made with Manuel and he advised Crenshaw moved out after three days and he did not know his whereabouts. |

U.S. Probation Officer Recommendation: Crenshaw's whereabouts are currently unknown. It is respectfully recommended that a warrant be issued and Crenshaw be brought before the Court to determine why his supervised release should not be revoked.

[X]   The term of supervision should be
      [X]   revoked.
      [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:


I declare under penalty of perjury the foregoing is true and correct

    Executed on   October 17, 2006   By   /s/ David A. Conoly
                                                                              David A. Conoly
                                                                            U.S. Probation Officer

Reviewed and approved:   /s/ David Ron Thweatt
                                David Ron Thweatt
                                Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ X ]  The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Done this 17th day of October 2006.

                                                L. SCOTT COOGLER
                                     UNITED STATES DISTRICT JUDGE
                                                    124153