COURTROOM DEPUTY MINUTES  DATE: **DECEMBER 15, 2006**
MIDDLE DISTRICT OF ALABAMA
                            DIGITAL RECORDING:  3:40 - 3:43

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05CR-120-LSC-SRW**   DEFT. NAME: **RENTHLIS CRENSHAW**

USA: **TODD BROWN**   ATTY: **ROBIN KONRAD**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: **DAVID CONOLY**

Defendant ____ does  √ does NOT need an interpreter; NAME: _____

- √ Kars.   Date of Arrest **12/15/06**   or   ☐ Rule 5 Arrest
- √ kia.    Deft. First Appearance. Advised of rights/charges.  √ / Pro/Sup Rel Violator
- ☐ Finaff. Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
- √ koappted  **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG**  ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** Set for_____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
            ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.     Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg. Identity/Removal Hearing  ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl. Waiver of  Preliminary hearing;
- ☐        Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ Karr.  **ARRAIGNMENT** SET FOR:_____  ☐ **HELD**. Plea of **NOT GUILTY** entered.
            ☐ Trial Term ___; ☐ **PRETRIAL CONFERENCE DATE:** _____
            ☐ **DISCOVERY DISCLOSURES DATE:** _____

** Preliminary hrg. to be set by Judge Walker