IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:05cr120-MEF |
| ) | |
| RENTHLIS EARL CRENSHAW ) | |

**DEFENDANT'S WAIVER OF PRELIMINARY/DETENTION HEARING**

**COMES NOW** the Defendant, Renthlis Earl Crenshaw, by and through undersigned counsel, Jennifer A. Hart, and submits this waiver of preliminary/detention hearing. Although the Court previously scheduled a hearing in this case for December 20, 2006, Mr. Crenshaw and the Government are presently negotiating a resolution to this matter and Mr. Crenshaw agrees that it is not in his best interest to contest the preliminary/detention hearing at this time. Therefore, while Mr. Crenshaw has been advised of his right to a preliminary/detention hearing in this case, he hereby expressly waives such right and respectfully requests that this Court enter an Order canceling the previously scheduled hearing.

Dated this 19th day of December 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd Brown, Assistant United States Attorney.

                Respectfully submitted,

                s/Jennifer A. Hart
                **JENNIFER A. HART**
                FEDERAL DEFENDERS
                MIDDLE DISTRICT OF ALABAMA
                201 Monroe Street, Suite 407
                Montgomery, AL 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                jennifer_hart@fd.org
                AL Bar Code: HAR189