IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr120-MEF |
| | ) | |
| RENTHLIS EARL CRENSHAW | ) | |

**ORDER**

Upon consideration of defendant's waiver of preliminary hearing (Doc. # 67) filed December 19, 2006, and for good cause, it is

ORDERED that the preliminary revocation hearing scheduled for December 20, 2006 at 8:45 a.m. be and hereby is CANCELLED.

DONE, this 20th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE