IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr120-LSC |
| | ) | |
| RENTHLIS EARL CRENSHAW | ) | |

ORDER

The above named defendant is scheduled for a FINAL REVOCATION HEARING at 10:00 a.m. on Friday, January 5, 2007, in Courtroom 2-D, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned District Judge. The U. S. Marshal shall produce the defendant for the hearing.

Done this 21st day of December 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019