United States District Court

for

Middle District of Alabama

Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Renthlis Earl Crenshaw                Case Number: 2:05CR120-LSC

Name of Sentencing Judicial Officer: Honorable L. Scott Coogler, U.S. District Judge

Date of Original Sentence: May 24, 2006

Original Offense: 18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm

Original Sentence: 4 months custody of the Federal Bureau of Prisons to be followed by a 2 year term of supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 26, 2006

Assistant U.S. Attorney: Todd A. Brown          Defense Attorney: Jennifer A. Hart

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue a summons
[X]   To amend petition filed on October 17, 2006

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1. "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month" | On May 26, 2006, Renthlis Crenshaw was released from the custody of the Bureau of Prisons. Mr. Crenshaw has failed to report to the probation officer and has failed to provide a written report during his supervision. |
| Viol. No. 2. " The defendant shall notify the probation officer at least ten days prior to any change in residence or employment" | On June 6, 2006, Crenshaw began residing at 54 Cypress Road, Greenville, AL, with an individual named Manuel. Manuel was contacted and verified Crenshaw's residential status. On August 29, 2006, contact was made with Manuel and he advised Crenshaw moved out after three days and he did not know his whereabouts. |

| | |
|---|---|
| Viol. No 3. " The defendant shall refrain from any unlawful use of a controlled substance. | On December 15, 2006, a urine sample was obtained from Crebshaw and tested positive for the presence of cocaine and marijuana. Crenshaw admitted to smoking marijuana for the past two months and using cocaine on several occasions. |
| Viol. No 4. " The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician. | On December 14, 2006, Crenshaw was arrested by deputies with the U.S. Marshals Service. During a search of his person, deputies located a pipe that is used for smoking cocaine base . The pipe was located in Crenshaw's pant pocket. According to deputies, there appeared to be cocaine residue in the pipe. |

**U.S. Probation Officer Recommendation**: Crenshaw is currently detained in the Montgomery City Jail and his revocation hearing is scheduled for January 5, 2006. It is respectfully requested that he court consider violation number three and four at Crenshaw's revocation hearing.

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury the foregoing is true and correct

                  Executed on   January 3, 2007   By   /s/ David A. Conoly
                                                 David A. Conoly
                                                 U.S. Probation Officer

Reviewed and approved:   /s/ David Ron Thweatt
                     David Ron Thweatt
                     Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date