**NONJURY TRIAL SHEET**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>RENTHLIS EARL CRENSHAW | **Case Number:** 2:05-CR-0120-LSC |
| **COURTROOM NOTES:** REVOCATION HEARING held before the Honorable L. Scott Coogler, USDJ - Parties have agreed and dft stipulates to violations of conditions of supervised release - Court's findings stated on the record REVOKING supervised release - Govt's recommendation - Dft's comments to the court - Sentence imposed - written judgment to be entered - Defendant remanded to custody of USM - Adjourned /adf | |

| GOVERNMENT'S WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| AUSA  Todd Brown | Federal Defender Jennifer Hart |
| **TRIAL DATES**: 1/5/2007:  10:05-10:25 | PO David Conoly |
| **COURTROOM DEPUTY**:  Ann Fox | **COURT REPORTER** :  Lindy Fuller |