Case 2:05-cr-00120-MEF-SRW   Document 73   Filed 01/05/2007   Page 1 of 1

NAO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

UNITED STATES OF AMERICA

    v.                                                    Case Number 2:05-CR-0120-LSC

RENTHLIS EARL CRENSHAW                    USM Number 11762-002
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, RENTHLIS EARL CRENSHAW, was represented by Jennifer Anne Hart.

It appearing that the defendant in the above styled cause, who was convicted on May 24, 2006, and sentenced to custody for 4 months and placed on supervised release for a period of 24 months, has violated the terms of supervised release, it is hereby ORDERED and ADJUDGED that supervised release be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIFTEEN (15) months. The Court recommends to the Bureau of Prisons that the defendant be housed as close as possible to his family in Greenville, Alabama.

Upon release from imprisonment, the defendant shall be on supervised release for a term of 9 months subject to the standard conditions on record of this court and the following special conditions:

1.) The defendant shall participate in random drug testing (at least once a month), under the administrative supervision of the probation office, and shall contribute to the cost of any testing based on ability to pay and availability of third party payments.
2.) The defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this court.
3.) The defendant shall cooperate with the probation office in the collection of DNA.

The defendant shall surrender immediately to the United States Marshal.

Done this 5th day of January 2007.

                                                          L. SCOTT COOGLER
                                        UNITED STATES DISTRICT JUDGE
                                                   124019